**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| PATRICK A. REID § | | |
| TDCJ-CID #1423443, § | | |
| Plaintiff, § | | |
| V. § | C.A. NO. C-07-456 | |
| § | | |
| POLUNSKY UNIT, ET AL., § | | |
| Defendant. § | | |

## MEMORANDUM OPINION AND ORDER OF TRANSFER

On November 15, 2007, plaintiff, an inmate at TDCJ-CID's Polunsky Unit in Livingston, Texas, wrote a letter to Chief Judge Hayden Head and United States District Judge Janis Graham Jack, complaining about the medical care at the Polunsky Unit (D.E. 1). The letter was docketed as a § 1983 lawsuit against the Polunsky Unit and UTMB. The Polunsky Unit is located in Polk County. Polk County is located in the Eastern District of Texas, Lufkin Division. 28 U.S.C. § 124(c)(6).

Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claims occurred in Polk County, and the officials

providing medical care are located in Polk County. The events have no connection to Corpus Christi, and the defendants are not found here. The interests of justice require a transfer.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Eastern District of Texas, Lufkin Division.

ORDERED this 3rd day of December, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE